AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1



# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 19 2026

TAMMY H. DOWNS, CLERK

By:_____
                                    DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| AMBER SUE THARP | ) | |
| | ) | Case No.  4:14-CR-00191-BSM-29 |
| | ) | USM No. 28769-009 |
| | ) | Amanda Simmons |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s)    **2 and 6**    of the term of supervision.

☐  was found in violation of condition(s) count(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | The defendat shall not commit another federal, state, or local crime. | 08/14/2025 |

The defendant is sentenced as provided in pages 2 through    **4**    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  The defendant has not violated condition(s)    **1, 3-5**    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3494

Defendant's Year of Birth:    1982

City and State of Defendant's Residence:
Clinton, Arkansas

02/12/2026
Date of Imposition of Judgment

_Brian S. Miller_
Signature of Judge

Brian S. Miller, U.S. District Judge
Name and Title of Judge

2/19/2026
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page   2   of   4

DEFENDANT: AMBER SUE THARP
CASE NUMBER: 4:14-CR-00191-BSM-29

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 - Mandatory (3) | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | 12/01/2025 |
| 3 - Standard (1) | You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. | 04/11/2025 |
| 4 - Standard (8) | You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without getting the permission of the probation officer. | 08/14/2025 |
| 5 - Special (14) | The defendant must participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol through the course of treatment. | 12/16/2025 |
| 6 - Special (15) | The defendant must participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. | 10/09/2025 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
               Sheet 2— Imprisonment

Judgment — Page ___3___ of ___4___

DEFENDANT: AMBER SUE THARP
CASE NUMBER: 4:14-CR-00191-BSM-29

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**EIGHT (8) MONTHS**

☑  The court makes the following recommendations to the Bureau of Prisons:

**Imprisonment recommended at FMC Carswell.**
**Credit for time served.**

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before noon on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT:  AMBER SUE THARP
CASE NUMBER:  4:14-CR-00191-BSM-29

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

**NONE**

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
       ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.